```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 06 B 00724
   ERIK STEINBRECHER
   SAMANTHA STEINBRECHER                            CHAPTER 13

                                                    JUDGE: BRUCE W BLACK
              Debtor
   SSN XXX-XX-1458      SSN XXX-XX-9936


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/27/06 and confirmed on 05/17/06.

   2.  The case was dismissed after confirmation, 12/21/2007.

   3.  The Debtor paid a total of $   39920.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
LHI MORTGAGE                CURRENT MORTG    30555.00              .00       30555.00
CITIFINANCIAL AUTO          SECURED VEHIC    18761.24          1267.85        5168.33
BRYAN RUBACH MD             UNSECURED        NOT FILED             .00             .00
RESURGENT CAPITAL SERVIC    UNSECURED          747.25              .00             .00
DISCOVER BANK               UNSECURED          139.40              .00             .00
GUARDIAN ANESTHESIA ASSO    UNSECURED        NOT FILED             .00             .00
MCS                         UNSECURED        NOT FILED             .00             .00
MCS                         UNSECURED        NOT FILED             .00             .00
MENARDS/HRS                 UNSECURED        NOT FILED             .00             .00
NCO FINANCIAL SRV           UNSECURED        NOT FILED             .00             .00
QUEST DIAGNOSTICS           UNSECURED        NOT FILED             .00             .00
RPM COLLECTION              UNSECURED        NOT FILED             .00             .00
RUSH COPLEY MEDICAL CENT    UNSECURED        NOT FILED             .00             .00
LHI MORTGAGE                MORTGAGE ARRE    12000.00              .00             .00
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  61316.24         .00       886.65        .00       62202.89
PRINCIPAL PAID      35723.33         .00          .00        .00       35723.33
INTEREST PAID        1267.85         .00          .00        .00        1267.85
TOTAL PAID          36991.18         .00          .00        .00       36991.18
The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $    2500.00
and was paid $    500.00   direct and $    1371.57  through the plan.

The Trustee received $   1557.25 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 03/10/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE